IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY LITTLE and PATRICIA LITTLE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| | ) CASE NO. 1:04-0092 ) JUDGE HAYNES/KNOWLES ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, Defendant's "Motion to Dismiss Loss of Consortium Claim" (Docket No. 18) is hereby GRANTED. The loss of consortium claim of Plaintiff Patricia Little is hereby DISMISSED.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge